IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| RAFAELLA MOCELIN,<br><br>     Plaintiff,<br><br>v.<br><br>GEORGIA DANCE THEATRE, INC.; GEORGIA ACADEMY OF DANCE, INC.; and SHERRI DAVIS,<br><br>     Defendants. | CIVIL ACTION FILE<br><br>NO. 3:20-cv-137-TCB |

## **O R D E R**

This case comes before the Court on the parties' joint motion [17] to approve settlement. For good cause shown, it is hereby ordered that the parties' joint motion is granted.

IT IS SO ORDERED this 13th day of October, 2020.

_____
Timothy C. Batten, Sr.
United States District Judge